UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ACADIA INSURANCE COMPANY,
        Plaintiff,

v.

JOSEPH CUNNINGHAM,
        Defendant.

CIVIL ACTION NO.
07-12282-MBB

## FINAL JUDGMENT

MARCH 30, 2011

**BOWLER, U.S.M.J.**

In accordance with the Stipulation of Dismissal filed by the parties, it is **ORDERED** that this action is hereby **DISMISSED** with prejudice and without costs and all rights of appeal waived..

        /s/ Marianne B. Bowler
        **MARIANNE B. BOWLER**
        United States Magistrate Judge